# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kate O'Reilly, <br><br> Plaintiff, <br><br> v. <br><br> Target Corporation, Enhanced Recovery Company, LLC, I.C. Systems, Inc., <br><br> Defendants. | CIVIL ACTION NO. 1:16-cv-10573 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, Target Corporation ("Target"), with the consent of all co-defendants, hereby removes the above-captioned action to this Court based upon the following supporting grounds:

1. On or about February 12, 2016, the above action was filed in the Trial Court of the Commonwealth of Massachusetts, Stoughton District Court. The caption of the Complaint is as follows: *Kate O'Reilly v. Target Corporation et al.*, Stoughton District Court, Civil Action No.: 2016-cv-47.

2. A copy of the Plaintiff's Complaint and all other process and pleadings served on the Defendant are attached as Exhibit A.

3. Target was served with the Complaint on or about March 4, 2015.

4. Removal is timely under 28 U.S.C. § 1446(b), as fewer than 30 days have elapsed since the Defendant was served with process. *See, e.g., Murphy Bros, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350-51 (1999) ("one becomes a party officially, and is required to take action in that capacity, only upon service of a summons or other authority-asserting measure stating the time within which the party served must appear and defend").

5. In her Complaint, Plaintiff asserts claims under the Fair Debt Collection Practices Act ("FDCPA"), along with claims for Breach of Contract and Breach of Implied Covenant of Good Faith and Fair Dealing. (See Ex. A, *generally*).

6. Removal of this action to this Court is permissible pursuant to Federal question jurisdiction under the provisions of 28 U.S.C. § 1441(a) in that it is a civil action founded on a claim or right arising under the laws of the United States, to wit, the FDCPA. The FDCPA expressly provides that "an action to enforce any liability created by this title may be brought in any appropriate United States District Court without regarding the amount in controversy." *See* 15 U.S.C. § 1692k(d); *see also Gardner v. TBO Capital LLC*, 986 F. Supp. 2d 1324, 1329 (N.D. Ga. 2013) ("It is undisputed that the Court has federal question subject-matter jurisdiction over plaintiffs' FDCPA claim.").

7. Furthermore, Plaintiff's state law claims arise from the same dispute, and are so related to the claims under FDCPA that they form part of the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. § 1367; see also *McDermott v. Marcus, Errico, Emmer & Brooks*, P.C., 911 F. Supp. 2d 1, 44 (D. Mass. 2012) ("the timely FDCPA claims provide the basis for supplemental jurisdiction of the chapter 93A claims."). Supplemental jurisdiction over these claims is appropriate.

8. Enhanced Recovery Company, LLC expressly consents to the removal of this action to Federal court. (correspondence attached as Exhibit B).

9. I.C. Systems, Inc. expressly consents to the removal of this action to Federal Court. (correspondence attached as Exhibit C).

10. Target makes no admission of liability by this Notice and expressly reserves its right to raise all defenses and objections to Plaintiff's claims after the action is removed to the

above Court, including, without limitation, any objections to the merits and sufficiency of Plaintiff's pleadings.

11. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this removal notice will be given to the Plaintiff, and will be filed with the Clerk of Courts for the Stoughton District Court.

WHEREFORE, the Defendant, Target Corporation, with the consent of all co-defendants, hereby removes this action from the Trial Court of the State of Massachusetts, Stoughton District Court, to the United States District Court for The District of Massachusetts.

Attorneys for Defendant Target Corporation
By: Its Attorneys

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman, BBO #666252
Ranen S. Schechner, BBO #655641
HINSHAW & CULBERTSON LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)

Dated: March 23, 2016.

## CERTIFICATE OF SERVICE

I, *Andrew M. Schneiderman*, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Andrew M. Schneiderman*
Andrew M. Schneiderman