UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATE O'REILLY
         Plaintiff

CIVIL ACTION

V.

NO. 16cv10573-RGS

ENHANCED RECOVERY CO. ET AL
         Defendant

### SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.,

The Court having been advised on __3/29/16__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty(60) days if settlement is not consummated.

By the Court,

3/30/16                              /s/ Elaine Flaherty

Date                                 Deputy Clerk